USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

Mendoza Rangel, et al,

                Plaintiff,

-against-

LEFT FOOT LLC, et al,

                Defendants.

------------------------------------------------------------- x

1:18-cv-09894 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' settlement agreement and accompanying joint motion to approve the settlement agreement, filed May 3, 2019. (ECF No. 24). Having reviewed the revised settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated:** January 6, 2020
           New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge